**No. 39280.**—Petition 5426–R of Post Exchange (Honolulu).

Opinion by EVANS, J. It appeared that the appraiser included a packing charge in the appraised value which resulted in the assessment of additional duties and that it was omitted by an oversight on the part of the broker's clerk rather than an attempt to defraud the revenue. The petition was therefore granted.

**No. 39281.**—Petition 5393–R of K. Takata (Honolulu).

Opinion by EVANS, J. The reports of the appraiser and the collector stated that in their opinion the importer had no knowledge of the coal-tar content of the medicine in question. On the record presented the petition was granted.

**No. 39282.**—Petition 5391–R of Hawaii Benri Sha (Honolulu).

Opinion by EVANS, J. The reports of the appraiser and the collector stated that in their opinion the importer had no knowledge of the coal-tar content of the medicine in question. On the record presented the petition was granted.

**No. 39283.**—Petition 5392–R of Seiseido Shoten (Honolulu).

Opinion by EVANS, J. The reports of the appraiser and the collector stated that in their opinion the importer had no knowledge of the coal-tar content of the medicine in question. On the record presented the petition was granted.

BEFORE THE SECOND DIVISION, AUGUST 26, 1938

**No. 39284.**—Protest 186382–G of J. J. Gavin & Co. (New York).

Opinion by TILSON, J. The record established that certain items consist of artificial flowers similar to those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473). The claim at 60 percent under paragraph 1419 was therefore sustained.

**No. 39285.**—Protests 104300–G, etc., of J. A. Morris (New York).

Opinion by TILSON, J. Flouncings and allovers, embroidered, similar to the merchandise involved in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 39286.**—Protests 227377–G, etc., of Dave Herstein Co. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.